1822.

CLARK
v.
PHELPS.

CLARK *against* PHELPS and others.

A defendant cannot plead or answer, and demur both to the whole bill, or the same part of a bill.

*August 1st.*   CASE submitted upon the bill and answer, and demurrer, on the points presented by the demurrer.

*S. Wood*, for plaintiff.

*B. Johnson*, for defendants.

THE CHANCELLOR said, that the answer and the demurrer each went to the whole bill; and it is a settled rule in pleading, that a defendant cannot plead or answer, and demur to the same matter; the former will overrule the latter. It is inconsistent for a defendant to say, he ought not to answer to a bill; and yet to answer it fully. The rule appears in all the books that treat on the subject. (3 *P. Wms.* 80, 81.  2 *Atk.* 284.  *Cooper's Tr. of Pl.* 113.  *Beames' Plead.* 40.) The demurrer was consequently overruled, and the question of costs reserved.

Order accordingly.